**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 24-1460**

───────────────

SAUL ELBAUM,

        Plaintiff - Appellant,

    v.

GOOGLE, INC.,

        Defendant - Appellee.

───────────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge.  (8:23-cv-02398-TDC)

───────────────

Submitted:  October 22, 2024                    Decided:  October 24, 2024

───────────────

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Saul Elbaum, Appellant Pro Se.   Franklin M. Rubinstein, WILSON SONSINI GOODRICH & ROSATI, PC, Washington, D.C., for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Saul Elbaum seeks to appeal the district court's order transferring Elbaum's civil action against Google, Inc., to the United States District Court for the Northern District of California. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Elbaum seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See TechnoSteel, LLC v. Beers Constr. Co.*, 271 F.3d 151, 153-54, 154 n.2 (4th Cir. 2001). Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Google's motion to strike Elbaum's supplemental informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*